**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7043**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

CHRISTOPHER TIM FLORENCE,

              Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (1:04-cr-00497-JAB-1)

Submitted: October 19, 2010        Decided:  October 28, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Tim Florence, Appellant Pro Se.  Angela Hewlett
Miller, Assistant United States Attorney, Greensboro, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Tim Florence appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find the district court did not abuse its discretion in the denying the motion. United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Accordingly, we affirm for the reasons stated by the district court. United States v. Florence, No. 1:04-cr-00497-JAB-1 (M.D.N.C. July 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED